**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00951-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE, ET AL., Appellants**

**V.**

**JANAY BENDER ROSENTHAL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01346**

## ORDER

We **GRANT** appellee's September 24, 2014 unopposed motion to extend time to file brief and **ORDER** the brief be filed no later than October 9, 2014. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
JUSTICE